IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **BILLY JOE NEWTON,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil No. 3:14-cv-00371-RJC-DSC |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of the** | ) | |
| **Social Security Administration,** | ) | |
| Defendant. | ) | |

**THE ABOVE REFERENCED SOCIAL SECURITY CASE IS BEFORE THE COURT** upon Plaintiff's Motion for Attorney's Fees. On July 20, 2015, the Court reversed the Commissioner's decision denying Plaintiff's claim for Social Security disability benefits and remanded the case for further proceedings. On August 20, 2015, Plaintiff filed an unopposed motion for fees, costs, and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA") totaling $4,428.00.

The Court **GRANTS** this Motion and directs the Commissioner to pay Plaintiff $4,428.00. Such payment shall constitute a complete release from and bar to any and all further claims that Plaintiff may have under the EAJA to fees, costs, and expenses incurred in connection with the Commissioner's decision in this case. This award is without prejudice to the rights of Plaintiff's counsel to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to offset provisions of the EAJA.

**SO ORDERED**.

Signed: August 24, 2015

David S. Cayer
United States Magistrate Judge